**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: June 21, 2019**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 17-55128 |
| Stephen T. Webb<br>Colleen J. Webb | : | Chapter 13 |
| Debtors. | : | Judge John E. Hoffman Jr. |

### ORDER APPROVING MOTION TO MODIFY PLAN POST-CONFIRMATION
### (REL. DOC. NO. 45)

This matter is before the Court upon Debtors' Motion to Modify Plan Post-Confirmation, filed on May 22, 2019 (*See Doc. No. 45)*. The Court further finds that more than twenty-one (21) days have elapsed from the date of service of Debtors' Motion and no objection has been filed. The Court further finds Debtors' Motion to be well taken and that good cause exists for granting said Motion.

THEREFORE, it is hereby ORDERED that Debtors' plan payment shall increase to $2,125.00 per month, beginning in June 2019. The dividend paid to unsecured creditors shall remain at 5.00%. The Debtors shall make a plan payment for no longer than sixty (60) months, but at least of the applicable commitment period of thirty-six (36) months.

The proposed modification will not modify the rights of the holders of unsecured claims. The proposed modification will not modify the rights of any secured claim holder.

**IT IS SO ORDERED.**

Copies To:
Default List.